**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNELL SIMMS,

      Plaintiff,

    v.

COUNTY OF ALAMEDA, a municipal
corporation, PRISON HEALTH
SERVICES, INC., a corporation, HAROLD
W. ORR, M.D., JAMES PENDLETON, JR.,
M.D., MARTHA CAMPOS, M.D., M.
INOCENCIO, KAREN CREWS, B.J.
COHEN, DOES 1–100, inclusive,

      Defendants.

                                  /

No. C 04-05306 WHA

**COURT NOTICE RE
ADVANCING TRIAL DATE**

      Your case is set for trial in September 2006.  The Court would like to consider

advancing the trial to April or May 2006.  Please file a joint statement by **MARCH 1, 2006**, as to

this prospect.

      **IT IS SO ORDERED.**

Dated:  February 23, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE