IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL SIMMS,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INC.; HAROLD W. ORR; JAMES PENDLETON, JR.; MARTHA CAMPOS; M. INOCENCIO; KAREN CREWS; B.J. COHEN; DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 04-05306 WHA<br><br>**ORDER RE STIPULATED DISMISSAL** |

In view of the parties' announced settlement and their assertion that the dismissal will be filed upon payment of the settlement proceeds and within four to five weeks, plaintiff Darnell Simms is ordered to file a stipulated dismissal by noon, April 5, 2006. If the settlement fails, the parties should submit a joint statement so stating no later than noon, April 5, 2006.

**IT IS SO ORDERED.**

Dated: March 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE