IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNELL SIMMS,

    Plaintiff,

  v.

COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, INC.; HAROLD W. ORR; JAMES PENDLETON, JR.; MARTHA CAMPOS; M. INOCENCIO; KAREN CREWS; B.J. COHEN; DOES 1–100,

    Defendants.

No. C 04-05306 WHA

**ORDER RE SETTLEMENT**

The parties were ordered to file, by April 5, 2006, either a stipulated dismissal or a joint statement stating that the settlement had failed. The parties filed a timely joint statement that the only substantive barrier to a stipulated dismissal was the non-payment by defendant Prison Health Services, Inc., of its portion of the settlement fund. Prison Health Services stated therein that it would receive the settlement draft by the end of this week, and that it therefore requested a ten-day extension. The parties are **ORDERED** to file, by noon, April 17, 2006, either a stipulated dismissal or a joint statement stating that the settlement again has failed.

**IT IS SO ORDERED.**

Dated: April 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE