JAMES B. CHANIN (SBN# 76043)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819


RONALD S. BARKIN (SBN# 48930)
Law Offices of Ronald S. Barkin
2000 Yolo Avenue
Berkeley, California  94707
Telephone: (510) 559-9525
Facsimile:  (510) 524-3425


Attorneys for Plaintiff
DARNELL SIMMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL SIMMS,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>          Defendants. | Case No.  C04-05306 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING ENTIRE**<br>**ACTION WITH PREJUDICE** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

Pursuant to the settlement reached between plaintiff, defendant Prison Health Services, Inc. and defendant County of Alameda, this action shall be dismissed in its entirety with

STIP. FOR DISMISSAL WITH PREJUDICE- 1

CASE NO. C04-05306 WHA

1  prejudice.

2  IT IS SO STIPULATED:

3

4
5  Dated: March 31, 2006                          _____/s/_____
                                                  JAMES B. CHANIN
6                                                 Attorney for Plaintiff

7  Dated: March ___, 2006                         _____/s/_____
                                                  REBECCA WIDEN
8                                                 Attorney for Defendant
                                                  County of Alameda
9
10 Dated: March 31, 2006                          _____/s/_____
                                                  MATTHEW M. GRIGG
11                                                Attorney for Defendant
                                                  Prison Health Services, Inc.,
12
13 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
14
15 Dated: __April 18_____, 2006              _____
16                                                WILLIAM H. ALSUP
                                                  Judge of the
17                                                District Court
18

(Signature stamp: Judge William Alsup, United States District Court, Northern District of California)

STIP. FOR DISMISSAL WITH PREJUDICE- 2

CASE NO. C04-05306 WHA