JAMES B. CHANIN (SBN# 76043)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819


RONALD S. BARKIN (SBN# 48930)
Law Offices of Ronald S. Barkin
2000 Yolo Avenue
Berkeley, California  94707
Telephone: (510) 559-9525
Facsimile:  (510) 524-3425


Attorneys for Plaintiff
DARNELL SIMMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL SIMMS, | ) Case No.  C04-05306 WHA |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS WITH PREJUDICE** |
| COUNTY OF ALAMEDA, et al., | ) |
| Defendants. | ) |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

Defendants Harold W. Orr, M.D., Martha Campos, M.D., M. Inocencio, Karen Crews and B.J. Cohen shall be dismissed from this action with prejudice, each party to bear its own

STIP. FOR DISMISSAL WITH PREJUDICE- 1

CASE NO. C04-05306 WHA

attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: March ___, 2006             _____/s/_____
                                    JAMES B. CHANIN
                                    Attorney for Plaintiff

Dated: March ___, 2006             _____/s/_____
                                    REBECCA WIDEN
                                    Attorney for Defendants
                                    County of Alameda and B.J. Cohen

Dated: March ___, 2006             _____/s/_____
                                    MATTHEW M. GRIGG
                                    Attorney for Defendants
                                    Prison Health Services, Inc.,
                                    Harold W. Orr, M.D., Martha Campos, M.D.,
                                    M. Inocencio, and Karen Crews

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: __April 18_____, 2006

                                    _____
                                    WILLIAM ALSUP
                                    Judge
                                    District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature of Judge William Alsup]*

STIP. FOR DISMISSAL WITH PREJUDICE- 2

CASE NO. C04-05306 WHA